UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUAN JOSEPH** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **JUDGE** |
| | * | |
| **RODERICK ALBERT AND** | * | |
| **UTZ SNACK FOODS (ZAPPS)** | * | |
| | * | **MAGISTRATE** |
| **Defendant** | * | |
| | * | |

*************************************

## NOTICE OF REMOVAL

TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Defendant Utz Quality Foods, Inc. (erroneously designated above as Utz Snack Foods (Zapps)), by and through its undersigned counsel, respectfully requests removal of the above-captioned civil action, presently pending as Case No. 36044 in the 23rd Judicial District Court of the State of Louisiana in and for the Parish of St. James, to the United States District Court for the Eastern District of Louisiana.  In support of this Notice of Removal, Defendant Utz Quality Foods, Inc. (hereinafter "Defendant Utz") states as follows:

1) On September 16, 2013, Plaintiff initiated this action by filing a Petition for Damages in the 23rd Judicial District Court of the State of Louisiana in and for the Parish of St. James naming Utz Quality Foods (Zapps) and Roderick Albert as defendants. (A true and correct copy of the Petition for Damages is attached hereto as Exhibit 1).

2) Defendant Utz is a corporation headquartered in Hanover, Pennsylvania which is authorized to do business in Louisiana and did business in Louisiana using the trade name

"Zapps." Broderick Albert (erroneously designated by Plaintiff as "Roderick Albert" in the Petition for Damages) is an individual who worked at Utz' Gramercy, Louisiana manufacturing plant for a very brief period of time in August, 2012. (*See* Exhibit 1, Petition for Damages, ¶¶ 1 and 3.

3) On October 4, 2013, Defendant Utz was served with the Petition for Damages. (A true and correct copy of the Citation issued by the 23rd Judicial District Court in this matter and documentation of service of process on the registered agent for Defendant Utz is attached hereto as Exhibit 2). Defendant Utz is the only defendant to be served in this matter. Defendant Albert remains unserved. (*See* Exhibit 1, Petition for Damages, page 4). The removal statute has been interpreted to require that only those defendants properly joined and served at the time of removal need join in the notice of removal *Rico v. Flores*, 481 F.3d 234, 239 (5th Cir.2007). Because Albert remains unserved, his consent to this removal is not required.

4) Plaintiff's action arises from his employment with Defendant Utz. In the Petition for Damages, Plaintiff alleges that the defendants "violated Title VII of the Americans with Disabilities Act by having a workplace that is permeated with discriminatory actions, intimidation, ridicule, and insult that was sufficiently severe or pervasive to alter the conditions of plaintiffs' (sic) employment and create an abusive workplace environment." (*See* Exhibit 1, Petition for Damages, ¶ 7).

5) The United States District Court for the Eastern District of Louisiana has original jurisdiction over Plaintiff's federal claim (whether intended as a claim under Title VII of the Civil Rights Act of 1964 or as a claim under the Americans with Disabilities Act) pursuant to 28 U.S.C. § 1331.

6)   This Court also has supplemental jurisdiction over any state law claims in Plaintiff's Petition for Damages, to the extent that such have actually been pled, because those claims are so related to the claim in this action, within the Court's original jurisdiction, that they form part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367(a).

7)   Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), (b) and (d), Plaintiff's state court action in the 23rd Judicial District Court of the State of Louisiana in and for the Parish of St. James may be removed to the United States District Court for the Eastern District of Louisiana being the federal district court which embraces the Parish of St. James within its jurisdiction.

8)   This Notice of Removal is filed with this Court within 30 days after service of the Petition for Damages on Defendant Utz and thus is timely filed pursuant to 28 U.S.C. § 1446(b).

9)   Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of the filing of this Notice of Removal.

10)   Pursuant to 28 U.S.C. § 1446(d), notice of removal of this action will be given to the 23rd Judicial District Court of the State of Louisiana by filing in the state court a "Notice of Filing for Removal to the United States District Court for the Eastern District of Louisiana." (A true and correct copy of said Notice is attached hereto as Exhibit 3).

WHEREFORE, Defendant Utz requests that the above-captioned action be removed from the 23rd Judicial District Court of the State of Louisiana in and for the Parish of St. James to this Court and that this Court exercise its jurisdiction forthwith.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
LESLIE A. LANUSSE, #14115
GREGORY F. ROUCHELL, #28746
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Counsel for Counsel for Defendant Utz Quality Foods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2013, a copy of the Notice of Removal which was electronically filed in this case and was mailed via first class mail, postage prepaid, to:

Travis J. Turner, Esq.
TURNER LAW FIRM, LLC
1026 East Worthy Street, Suite D
Gonzales, Louisiana 70737

Counsel for Plaintiff

_____

4