DIVISION A,

23rd JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

PARISH OF ST. JAMES

SUIT NO.: 36044

FILED FOR RECORD
ST. JAMES PARISH, LA
2013 SEP 16 PH 2: 15

CLERK OF COURT

BY:_____ DIVISION

JUAN JOSEPH

VS.

RODERICK ALBERT AND UTZ SNACK FOODS (ZAPPS)

Fax 9/12/13
Original 9/16/13

### PETITION FOR DAMAGES

TO THE HONORABLE, JUDGES OF THE 23rd JUDICIAL DISTRICT, PARISH OF ST. JAMES, STATE OF LOUISIANA.

Petitioner, Juan Joseph, residents of the full age of majority and domiciled in the Parish of St. James, State of Louisiana, respectfully represents that:

1.

Made defendants herein are the following:

a) **RODERICK ALBERT,** a person of the full age of majority domiciled in the State of Louisiana; and

b) **UTZ SNACKS| FOODS (ZAPPS),** a foreign corporation authorized to do and doing business in the State of Louisiana having appointed as its agents for service of process C T Corporation System 5615 Corporate Blvd, Suite 400 B, Baton Rouge, Louisiana 70808.

2.

The defendants herein are indebted unto the petitioners in an amount that is reasonable in the premise together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings; to-wit:

3.

While working at the UTZ SNACK FOODS, the Plaintiff were continuously and constantly harassed by an employee for UTZ SNACK FOODS, Roderick Albert.

4.

Roderick Albert verbally harassed plaintiff and created a hostile work environment by texting, trespassing on private property, soliciting and sending explicit text messages to plaintiff.

5.

Defendant, Roderick Albert, would harass Plaintiff during and after work hours by

1



showing up to home and texting the Planitiff.

6.

Plaintiff, Juan Joseph, was initially promoted to Supervisor and subsequently wrongfully terminated on August 24, 2012, after he responded to a text from the defendant, Roderick Albert. Plaintiff, Juan Joseph, reported the harassment and hostile work environment to Management, however no actions were taken against defendant, Roderick Albert.

7.

UTZ Snack Foods (ZAPPS) was aware of the inappropriate behavior of their employee, Roderick Albert, toward employees at the UTZ Snack Foods (ZAPPS) job site and failed to take action. Defendants violated Title VII of the Americans with Disabilities Act by having a workplace that is permeated with discriminatory actions, intimidation, ridicule, and insult that was sufficiently severe or pervasive to alter the conditions of the plaintiffs' employment and created an abusive workplace environment.

8.

The above-described accident and the resulting injuries suffered by petitioner, Juan Joseph, were caused by the negligence of defendants, but not limited to the following non-exclusive negligent acts and omissions:

RE: UTZ SNACK FOODS (ZAPPS)

    a) Failure to maintain a safe work environment;

    b) Failure to maintain a harassment-free work environment;

    c) Negligent Hiring;

    d) Negligent Training of Managerial Employees;

    e) Other negligent acts and omissions to be proven at the trial on the merits.


Re: RODERICK ELBERT

    a) Improper use of authority;

    b) Failure to maintain a harassment-free workplace;

    c) Improper Supervisor – Subordinate conduct

10.

Petitioner, itemizes his damages as follows:

a) Lost wages;

b) Physical pain and suffering;

c) Mental anguish and distress;

d) Anxiety;

e) Fear and fright;

f) Inconvenience;

g) Embarrassment;

h) Emotional pain and distress; and

i) All other elements of damages allowed by Louisiana law.

11.

Petitioner, Juan Joseph, desires to have this Honorable Court fix the fee for each and every expert witness used to establish his cause and tax as costs.

12.

Petitioner, Juan Joseph, avers amicable demand to no avail.

WHEREFORE, petitioner, Juan Joseph, prays that citation and service be made on the defendants in the manner prescribed by law and as the law directs; that after all legal delays and after due proceedings had, judgment be rendered in favor of petitioner, Juan Joseph, against the defendants, UTZ Snacks Foods (ZAPPS) and Roderick Albert, in an amount that is reasonable in the premises together with legal interest thereon from the date of judicial demand until paid and for all costs of these legal proceedings.

Plaintiff prays further for all statutory, general and equitable relief in the premises.

3

By Attorneys:

TURNER LAW FIRM, LLC.
1026 East Worthy Street, Suite D
Gonzales, Louisiana 70737
Telephone: 225.644.2229
Facsimile: 225.644.2266

By: _____
Travis J. Turner
Bar Roll No.: 29462
Keyojuan G. Turner
Bar Roll No.: 29199

**PLEASE SERVE**

1. UTZ SNACKS FOODS (ZAPPS)
   Through its agent for service of process
   C T Corporation
   5615 Corporate Blvd, Suite 400 B
   Baton Rouge, Louisiana 70808

**HOLD FOR SERVICE**

1. Roderick Albert