**MINUTE ENTRY**
**AFRICK, J.**
**May 30, 2014**
**JS-10:00:15**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUAN JOSEPH**                                        **CIVIL ACTION NO. 13-6204**

**VERSUS**                                             **SECTION "I" (4)**

**RODERICK ALBERT, ET AL**

A telephone status conference was held on this date with all counsel participating. Plaintiff's counsel advised that plaintiff requested that the above-captioned case be dismissed with prejudice. Accordingly, **IT IS ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and with each party to bear its own costs.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE